USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1199 UNITED STATES, Appellee, v. JUAN ANTONIO DE LA CRUZ MOYA, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] Before Torruella, Chief Judge, Campbell, Senior Circuit Judge, and Lynch, Circuit Judge.     Lawrence H. Schoenbach and Marc X. LoPresti on brief forappellant. Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco,Assistant United States Attorney, and Michelle Morales, AssistantUnited States Attorney, on brief for appellee.June 7, 1999  Per Curiam. Upon careful review of the briefs and record, we conclude that the district court properly denied defendant's motion to dismiss the indictment. We reach this conclusion essentially for the reasons stated in the district court's Opinion and Order dated January 12, 1999. Defendant failed to produce even "some evidence tending to prove that . . . one sovereign was a pawn of the other." United States v. Guzman, 85 F.3d 823, 827 (1st Cir. 1996). Affirmed. See 1st Cir. Loc. R. 27.1.